UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN WELLS                                                                CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL                        NO.: 13-00830-BAJ-RLB
SECURITY

## RULING AND ORDER

Before the Court is a **Motion for Summary Judgment (Doc. 13)** filed by Plaintiff Kevin Wells ("Plaintiff"). The Magistrate Judge's Report and Recommendation urges that the motion be denied as premature. (*See* Doc. 20 at p. 3).

Having carefully considered Plaintiff's objections (Doc. 21) in light of the record and applicable law, the Court **APPROVES** and **ADOPTS** the **Report and Recommendation (Doc. 20)** as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 13)** is **DENIED**.

Baton Rouge, Louisiana, this 27th day of October, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA