UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN WELLS** | **CIVIL ACTION** |
| **VERSUS** | |
| **COMMISSIONER OF SOCIAL SECURITY** | **NO.: 13-00830-BAJ-RLB** |

## RULING AND ORDER

On May 20, 2016, the Magistrate Judge issued a **Report and Recommendation (Doc. 34)** urging that the Commissioner's decision be affirmed and that Kevin Wells' ("Wells") appeal be dismissed with prejudice. (Doc. 34). Wells has not filed any objections to the aforementioned Report and Recommendation, and the deadline to do so has now passed.

Nonetheless, the Court has carefully considered the Magistrate Judge's Report and Recommendation in light of the record and the applicable law. In doing so, the Court concludes that the decision of the Magistrate Judge is correct, and that the reasoning underlying that decision is sound.

Accordingly,

**IT IS ORDERED** that the Court **APPROVES** and **ADOPTS** the **Report and Recommendation (Doc. 34)** as its opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED** and that Kevin Wells' appeal is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 16th day of June, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**