UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN WELLS** | **CIVIL ACTION** |
| **VERSUS** | |
| **COMMISSIONER OF SOCIAL SECURITY** | **NO.: 13-00830-BAJ-RLB** |

### RULING AND ORDER

Plaintiff Kevin Wells' ("Wells") has filed what will be treated as a Motion for Reconsideration **(Doc. 36)** of the Court's June 16, 2016 Ruling and Order. The crux of Wells' argument is that the Clerk of Court failed to file his objections to the Magistrate Judge's Report and Recommendation (Doc. 34) into the record, even though the Clerk of Court timely received those objections on May 26, 2016 (Doc. 36-1).

The Clerk of Court was not in error. Wells was not, on May 26, 2016, permitted to file *anything* into the record because he had not yet paid the $100 sanction that Judge Brady imposed upon him on May 19, 2016. *See Wells v. State of Louisiana*, No. 15-cv-598 (M.D. La. May 19, 2016), ECF No. 22. Wells, in fact, did not pay the aforementioned sanction until June 17, 2016, one day after the Court adopted the Magistrate Judge's Report and Recommendation.

Accordingly,

**IT IS ORDERED** that Wells' Motion for Reconsideration **(Doc. 36)** is **DENIED**.

Baton Rouge, Louisiana, this 29th day of June, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**